# APPENDIX.

## OPINIONS PER CURIAM.

### NORTHERN DEPARTMENT.

#### EASTERN DIVISION.

KELLEY S. E. HIGGINS v. HIRAM HIGGINS. No. 2. Error from Shawnee district court. Opinion filed April 8, 1898. *Dismissed.* James J. Hitt, for plaintiff in error. Curtis, Safford & Williams, for defendant in error.

C. E. SCHMIDT v. WILHELMINA DEMPLE *et al.* No. 300. Error from Shawnee district court. Opinion filed April 8, 1898. *Affirmed.* E. G. Wilson, for plaintiff in error. A. H. Case, for defendants in error.

THE MISSOURI PACIFIC RAILWAY COMPANY v. W. S. BONTRAGER. No. 270. Error from Nemaha district court. Opinion filed January 6, 1898. *Affirmed.* Waggener, Horton & Orr, for plaintiff in error. John Stowell, R. C. Bassett, and E. G. Wilson, for defendant in error.

THE PEOPLES' SAVINGS BANK v. THOMAS W. FISHER. No. 318. Error from Brown district court. Opinion filed April 8, 1898. *Dismissed.* W. W. & W. F. Guthrie, and Ira J. Lacock, for plaintiff in error. Nathan Jones, and James Falloon, for defendant in error.

W. M. JAMES v. E. V. HOLANDEN *et al.* No. 449. Error from Wabaunsee district court. Opinion filed April 8, 1898. *Affirmed.* A. Bergen, and George G. Cornell, for plaintiff in error. Eugene Wolfe, for defendants in error.

B. C. BROWN v. THE CITIZENS BANK OF FAIRFIELD, NEB. No. 468. Error from Nemaha district court. Opinion filed April 8, 1898. *Motion to dismiss denied.* Thompson & Thompson, for plaintiff in error. J. E. Stilwell, for defendant in error.

L. W. HINDMAN v. ASKEW SADDLERY COMPANY. No. 555. Error from Douglas district court. Opinion filed April 8, 1898. *Motion to dismiss denied.* Jackson & Jackson, George J. Barker, and L. C. Poehler, for plaintiff in error. D. S. Alford, and F. J. Savage, for defendant in error.

A. W. CABBY v. L. M. PRIMLEY. No. 562. Error from Shawnee district court. Opinion filed April 8, 1898. *Dismissed.* Waters & Waters, for plaintiff in error. Keeler, Welch & Hite, for defendant in error.